United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11     E.K. WADE,                                    No. C 06-2346 CRB

12              Plaintiff,                            Related Case No. C 06-2925 CRB

13        v.                                          **MEMORANDUM AND ORDER**

14     UNITED STATES OF AMERICA,

15              Defendant.
                                            /
16

17          Plaintiff E.K. Wade, acting in pro per, now brings this action against the United States

18     of America apparently under the Federal Tort Claims Act ("FTCA") for claims of negligent

19     infliction of emotional distress and medical malpractice arising out of treatment he received

20     at a Department of Veteran Affairs hospital in Martinez, California.  Three related actions

21     were previously dismissed for failure to exhaust administrative remedies, and the Court

22     issues a separate order in a fourth related case also subject to a motion to dismiss.  Now

23     pending before the Court is defendant's motion to dismiss.  After carefully considering the

24     record, and with the benefit of oral argument, defendant's motion is hereby DENIED.

25          Defendant filed its motion to dismiss the original Complaint, which was subsequently

26     amended by plaintiff.  In its motion, defendant moved to: (1) dismiss the Department of

27     Veteran Affairs ("VA") from the case as an improper party; (2) strike the demand for a jury

28     trial as improper under the Seventh Amendment; and (3) strike the claim for punitive

       damages as unavailable in an action against the federal government.

1    Defendant acknowledged at oral argument that plaintiff's Amended Complaint cured

2   the alleged defects.  Accordingly, the motion to dismiss is DENIED.

3    **IT IS SO ORDERED.**

4

5

6   Dated: August 7, 2006                    CHARLES  R. BREYER
                                             UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California