IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E.K. WADE,

    Plaintiff,

    v.

DEPARTMENT OF VETERANS AFFAIRS NORTHERN CALIFORNIA HEALTHCARE SYSTEM,

    Defendant.

No. C 06-02346 CRB

**ORDER**

    Now pending before the Court are (1) Plaintiff's motion for summary judgment, (2) Plaintiff's motion for continuation, and (3) Plaintiff's motion for leave to amend the complaint for damages.

    The filings submitted by both of the parties in this case suggest that Plaintiff filed his motion for summary judgment prematurely. Therefore, the Court hereby DENIES the motion for summary judgment without prejudice and DISMISSES the motion for continuation as moot. Plaintiff's motion for leave to amend his complaint is hereby GRANTED. Once Plaintiff has filed an amended complaint, has retained any necessary witnesses, and has gathered evidence in support of his claims, Plaintiff may file another motion for summary judgment.

    The parties are hereby ordered to appear before the Court for a case management conference on November 17, 2006, at 10:00 a.m. in Courtroom 8, on the 19th Floor at 450

1  Golden Gate Avenue, San Francisco, California, 94102, at which time the Court will also
2  consider the motions submitted by the parties in related proceedings.
3  **IT IS SO ORDERED.**

6  Dated: November 7, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California