IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.K. WADE,<br><br>           Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant.                              / | No. C 06-02346 CRB<br><br>**ORDER** |

This case is one of eight lawsuits brought by Plaintiff that have been related and assigned to this Court. Of these eight lawsuits, four are still active, including this one.

Now pending before the Court in this action is Plaintiff's request to file an amended complaint. The Court hereby ORDERS the Clerk to file Plaintiff's Fourth Amended Complaint, which was received by the Court on November 9, 2006. Further, the Court hereby GRANTS Plaintiff leave to make amendments to his complaint and to file a Fifth Amended Complaint in this case, if necessary, not later than Friday, January 5, 2007.

The government's pending motion to deny Plaintiff's request for leave to proceed *in forma pauperis* is DENIED as moot, in light of Plaintiff's payment of the filing fee on December 4, 2006.

**IT IS SO ORDERED.**

1
2  Dated:  December 13, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California