IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.K. WADE, | No. C 06-02346 CRB |
| Plaintiff, | **ORDER RE: CONTINUANCE** |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. / | |

On May 25, 2007, the United States filed a motion for summary judgment in this case for argument on July 6, 2007. Plaintiff's opposition was due on July 15, 2007. In lieu of an opposition, Plaintiff filed a motion to continue the hearing, stating that he needs additional time to retain an expert witness to testify on his behalf. Plaintiff asked to reschedule the hearing for September 6, 2007.

Plaintiff's request for a continuance is hereby GRANTED. However, the Court is unavailable on September 6, 2007. Accordingly, the motion will be rescheduled for argument two weeks earlier, on August 24, 2007. To further accommodate Plaintiff's request, however, the Court will permit Plaintiff to file his opposition on or before August 10, 2007. The government's reply shall be filed on or before August 17, 2007.

The Court notes that Plaintiff previously advanced similar tort claims in a related case, in which he also requested additional time to obtain the services of an expert witness. See

United States v. Wade, No. 06-cv-04593-CRB (N.D. Cal. Feb. 26, 2007) (granting Plaintiff additional time to submit expert testimony in support of his claim for negligent infliction of emotional distress, a claim that is also advanced by Plaintiff in this case).  Thus, in light of Plaintiff's previous efforts to obtain expert testimony on precisely the same issues presented in this case, the Court considers a five-week continuance adequate to accommodate Plaintiff's needs.  No further continuances will be granted.

**IT IS SO ORDERED.**

Dated: June 19, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE