IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E.K. WADE,

      Plaintiff,

  v.

UNITED STATES OF AMERICA,

      Defendant.
_____/

No. C 06-02346 CRB

**ORDER**

This Court previously ordered the Clerk of the Court to refuse to file additional complaints lodged by Plaintff "absent express and written authorization from this Court." Plaintiff recently attempted to file two additional lawsuits, both of which alleged acts of discrimination--one against the City and County of San Francisco, and the other against the U.S. Department of Transportation.  Because these new lawsuits do not relate to any of the claims raised in his previous complaints, the Court directs the Clerk of the Court to file the two new complaints, provided that Plaintiff pays the filing fee, which shall not be waived.  A copy of this Order shall be filed in each of the new cases.

**IT IS SO ORDERED.**

Dated: August 2, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\2346\order re new cases.wpd