United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.K. WADE, | No. C 06-02346 CRB |
|     Plaintiff, | **ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
|     Defendant. | |

Plaintiff's request to appoint an expert witness is hereby DENIED.

**IT IS SO ORDERED.**

Dated: August 7, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\2346\order 6.wpd