IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE, | No. C 06-02346 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Having granted Defendant's motion for summary judgment, the Court hereby enters judgment in favor of Defendant, and against Plaintiff

**IT IS SO ORDERED.**

Dated:  August 24, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\2346\judgment.wpd