AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

Northern DISTRICT OF California

E.K. Wade

V.

United States of America

**BILL OF COSTS**

Case Number: 06-2346 CRB

Judgment having been entered in the above entitled action on  8/24/07  against Plaintiff, E.K. Wade,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 2,537.20 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL $ | 2,537.20 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

E.K. Wade - Pro Se

Signature of Attorney: _/s/ Jonathan U. Lee_

Name of Attorney: JONATHAN U. LEE, AUSA, Attorney for Defendant

For: Federal Defendant, Department of Veterans Affairs    Date: 8-29-07
Name of Claiming Party

Costs are taxed in the amount of  $2,537.20  and included in the judgement.

By: /s/ Cora Klein    1/28/08
Clerk of Court    Deputy Clerk    Date

This form was electronically produced by Elite Federal Forms, Inc.

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Days | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | 0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"See. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except where express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."
Rule 6 (e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."
Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

Entry

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on **August 29, 2007** she caused a copy of:

# BILL OF COSTS

to be served by mail upon the person at the place and address(es) stated below, which is the last known address:

**E. K. Wade**
**522 North Civic Drive, Apt. D**
**Walnut Creek, CA 94597**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 29, 2007            /S/
                                              MANIK BOWIE
                                              Legal Assistant

Exhibit A

```
                    Behmke Reporting & Video Services
                              1320 Adobe Drive
                          Pacifica, CA  94044-4102
                                650-359-3201
```

```
U.S. DEPARTMENT OF JUSTICE
Attn: JONATHAN U. LEE, AUSA
U.S. ATTORNEY'S OFFICE                          INV DATE:  11/17/2006
450 GOLDEN GATE AVE.                            INVOICE:       21731
SAN FRANCISCO, CA  94102                        CLIENT:          200
                                                REF NO.:   12562/MP
```

Re: E.K. WADE    V. UNITED STATES OF AMERICA
Assignment Date: November 02, 2006

DEPOSITION OF ELROY KASHKA WADE

```
O&1 TRANSCRIPT REGULAR     157.0   Pages @    6.00      942.00
ASCII DISK                   1.0         @   15.00       15.00
EXHIBITS                    88.0         @    0.40       35.20
MIN-U-SCRIPT                 1.0         @   25.00       25.00
VIDEO HOURLY CHARGE          5.0         @  130.00      650.00
ORIGINAL TAPE CHARGE         2.0         @   30.00       60.00
VIDEO SET-UP                 1.0         @  200.00      200.00
VHS COPY CHARGE              2.0         @   75.00      150.00
WORD INDEX                   1.0         @   10.00       10.00
HOURLY RATE                  4.5         @  100.00      450.00
                                                     ==========
                                 Total Amount  $   2,537.20
```

SENT UPS



```
              Please Make Checks Payable To:
              Behmke Reporting & Video Services
                  Federal Tax Id#: 94-3096926
```

TOTAL P.02